IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                                         Chapter 13

DAVID KATZ

                        Debtor                 Case No. 16-15208-JKF

_____

## ORDER

AND NOW, it is ORDERED that the Order requiring the filing of a

Financial Management Course Certificate and a Domestic Support Obligation

Certificate  erroneously entered by the clerks' office on June 3, 2020 (Doc. #32)

is VACATED.

                                        _____
Dated: June 8, 2020                      JEAN K. FITZSIMON
                                         United States Bankruptcy Judge